IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:22-MJ-1038-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | (UNDER SEAL) |
| | ) | |
| PATRICK J. FEDAK | ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Complaint and Affidavit in Support of the Warrant for Arrest in the above-referenced matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney's Office and the Naval Criminal Investigative Service. Additionally, immediately upon execution of the arrest warrant, copies of the Complaint, Affidavit, and resulting Warrant may be given to counsel for defendant, who may not further disclose the documents until an unsealing Order is entered.

This 15th day of February, 2022.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge